**AFFIRMED and Opinion Filed June 22, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01077-CR

**CARL YANCY JR., Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-40209-R**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Garcia

This is an appeal from an order denying postconviction DNA testing under Chapter 64 of the Texas Code of Criminal Procedure. In March 2007, a jury convicted appellant of murder and assessed punishment, enhanced by two prior felony convictions, at life imprisonment. This Court affirmed appellant's conviction and sentence on direct appeal.

In May 2019, appellant filed a motion for postconviction DNA testing under Chapter 64. The trial court denied the motion and this appeal followed.

Appellant's counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that this appeal is frivolous and without merit. The State filed a letter brief agreeing with counsel's assessment.

Counsel has provided appellant with a copy of the brief and the motion to withdraw. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). Specifically, the brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*).

We advised appellant of his right to file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel). Appellant responded but presents no arguable grounds to advance.

We have also reviewed the record, counsel's brief, and the State's letter brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit and find nothing in the record that might arguably support the appeal.

We therefore grant counsel's motion to withdraw and affirm the trial court's order.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
201077F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

CARL YANCY JR., Appellant

No. 05-20-01077-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F05-40209-R.
Opinion delivered by Justice Garcia. Justices Molberg and Reichek participating.

Based on the Court's opinion of this date, the trial court's order is **AFFIRMED**.

Judgment entered June 22, 2022